Oether, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EL'REKO D'WAYNE RANDLE,            :     10 Civ. 9235 (JPO)
                                   :
                        Plaintiff, :     STIPULATION, ORDER AND
                                   :     JUDGMENT OF DISMISSAL
        - v -                      :     PURSUANT TO FRCP 41(a)(2)
                                   :
SERGEANT TRACY ALEXANDER, et al.,  :
                                   :
                        Defendants.:
------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff El'Reko D'Wayne Randle, hereby stipulates and agrees that, upon the Court's order, all claims against defendants John Marinelli, Melissa Collins, Mitchel Lake, Charles Gordon, Ryan McNulty, Donald Selsky, Kenneth Decker, Steven Kafka, and Sean Duncan, in the above-captioned action, shall be and are hereby dismissed with prejudice.

The parties hereby stipulate and agree that the signatures appearing below will be deemed to be originals.

After due deliberation, the Court HEREBY ORDERS, DECREES AND ADJUDGES that all of the claims asserted against defendants John Marinelli, Melissa Collins, Mitchel Lake, Charles Gordon, Ryan McNulty, Donald Selsky, Kenneth Decker, Steven Kafka, and Sean Duncan, in the above captioned case, shall be, and are hereby dismissed in their entirety, with prejudice.

Dated:  New York, New York
        May __16__, 2016

                                   ERIC T. SCHNEIDERMAN
                                   Attorney General of the State of New York
                                   *Attorney for Defendants Nelson and Alexander*

                                   JAMES B. COONEY
                                   Assistant Attorney General
                                   120 Broadway - 24th Floor
                                   New York, New York 10271
                                   (212) 416-6082

1

Dated: Albany, New York  
May 16, 2016

LIPPES MATHIAS WEXLER FRIEDMAN LLP  
*Attorneys for Defendants Benitez and Monzon*

JEFFREY F. MANS  
54 State Street, Suite 1001  
Albany, N.Y. 12207  
(518) 462-0110

Dated: Albany, New York  
May 16, 2016

HARRIS, CONWAY & DONOVAN, PLLC  
*Attorneys for Defendant Hanaman*

RYAN T. DONOVAN  
5 Clinton Square  
Albany, N.Y. 12207  
(518) 436-1661

Dated: New York, New York  
May 16, 2016

WEIL, GOTSHAL & MANGES LLP  
*Attorneys for Plaintiff*

KONRAD L. CAILTEUX  
767 Fifth Avenue  
New York, N.Y. 10153  
(212) 310-8904

SO ORDERED.

Dated: New York, New York  
May 19, 2016

J. PAUL OETKEN  
United States District Judge

2